IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03434-RPM

JOSEPH O'ROURKE,

Plaintiff,

v.

WALMART STORES, INC.,

Defendant.

_____

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE AN
AMENDED ANSWER
_____

THIS MATTER came before the Court upon Defendant Walmart Stores, Inc.'s

Unopposed Motion to File an Amended Answer.  THE COURT, having reviewed the

pleading and being fully advised in the premises, finds sufficient cause to GRANT

Defendant's request.

IT IS THEREFORE ORDERED that Defendant's Amended Answer, submitted to the

Court as Exhibit B to its Unopposed Motion to File an Amended Answer, shall be deemed

filed as of the date of this Order.

Done this 31st day of July, 2015.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge