IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03434-RPM

JOSEPH O'ROURKE,

    Plaintiff,

v.

WALMART STORES, INC.,

    Defendant.
_____

ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice signed by counsel for Plaintiff and counsel for Defendant, and the Court being fully advised of the premises;

IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 8th day of October, 2015.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge

**APPROVED AS TO FORM:**
S/ *Karen Larson* S/ *J. Mark Baird*
Karen Larson J. Mark Baird
3773 Cherry Creek North Drive Baird Quinn LLC
Suite 575 2036 E. 17th Avenue Denver, CO 80209 Denver, CO 80206
Telephone: (303) 831-4404 Telephone: (303) 813-4500
Facsimile: (303) 261-8109 Facsimile: (303) 813-4501
*Counsel for Plaintiff Counsel for Defendant*

*Case 1:14-cv-03434-RPM Document 22-1 Filed 10/07/15 USDC Colorado Page 2 of 2*